UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-166-1BR
NO. 5:15-CR-166-2BR
NO. 5:15-CR-166-3BR
NO. 5:15-CR-166-4BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AKIN SEAN EL PRECISE BEY | ) | |
| GEORGE LINCOLN STANLEY IV | ) | |
| HUBERT DIXON | ) | |
| JUDSON HUGH DEBNAM | ) | |

This matter having come before the Court on the United States' motion to allow agents of the Federal Bureau of Investigation (FBI) take saliva samples containing buccal cells (cheek epithelial cells) from the above-named defendants, and for good cause shown, the motion is hereby GRANTED. Agents of the FBI may secure samples of the defendants' saliva containing buccal cells (cheek epithelial cells) by swabbing the inside of the defendant's mouth with a cotton swab, and comparing the same to any DNA recovered from relevant evidence.

Dated: August 17, 2015

_____
Robert T. Numbers, II
United States Magistrate Judge