UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-166-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AKIN SEAN EL PRECISE BEY | ) | |
| GEORGE LINCOLN STANLEY IV | ) | |
| HUBERT DIXON | ) | |
| JUDSON HUGH DEBNAM | ) | |

This matter is before the court on defendant Dixon's motion to extend the time for filing pretrial motions and to continue arraignment and trial. (DE # 81.) The motion represents that the government does not oppose the motion. Defendant Stanley has filed a response in opposition to the motion. (DE # 82.) Defendant Debnam has filed a response indicating that he joins in the motion. (DE # 85.) Defendant Bey, who is proceeding *pro se* with stand-by counsel, has not yet filed a response to the motion; the court will presume he opposes the motion.

The court concludes that there is good cause to allow the motion. A superseding indictment was recently returned, adding the charges against defendants Dixon and Debnam. As both of these defendants state, the government recently produced a large volume of discovery. Counsel needs additional time to review the discovery, meet with their clients, investigate, and prepare any necessary motions and for trial. Additionally, as the court has previously found, "due to the nature of the prosecution, the case is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within speedy trial time limitations." (DE # 42.) Accordingly, defendant Dixon's motion is ALLOWED, and the court finds that the ends of justice served by this continuance outweigh the best interests of the public

and the defendants in a speedy trial. Therefore, any delay shall be excluded from speedy trial time computation. 18 U.S.C. § 3161(h)(7)(A). Additionally, any delay as to defendants Stanley and Bey shall be excluded from speedy trial time computation because they are joined for trial with defendants as to whom the time for trial has not run. See id. § 3161(h)(6).

Any pretrial motion shall be filed on or before 21 September 2015. Any response thereto shall be filed on or before 5 October 2015. Arraignment and trial are CONTINUED to 2 November 2015.

Finally, the court takes this opportunity to instruct the government to immediately rectify whatever difficulties defense counsel are having accessing the recently produced DVDs, (see DE # 85), so as to not interfere with any defendants' trial preparation and the trial date itself.

This 19 August 2015.

_____
W. Earl Britt
Senior U.S. District Judge