UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-166-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AKIN SEAN EL PRECISE BEY ) | |
| ) | |

This matter is before the court on defendant's filing of 13 August 2015, which the court construes as a motion for a writ of habeas corpus. (DE # 80.) The government filed a response in opposition to the motion. (DE # 91.) For the reasons stated in the government's response, defendant's motion is DENIED. The court finds that defendant has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A certificate of appealability is DENIED.

This 25 August 2015.

_____
W. Earl Britt
Senior U.S. District Judge