UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-166-BR1
NO. 5:15-CR-166-BR2

FILED IN OPEN COURT
ON 11/30/15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| AKIN SEAN EL PRECISE BEY | ) | |
| GEORGE LINCOLN STANLEY | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count 3 of the Superseding Indictment as to the above-captioned defendants only, for the following reason: since the date the Superseding Indictment was returned additional evidence has come to the Government's attention which warrants dismissal.

Respectfully submitted this the 30th day of November, 2015.

THOMAS G. WALKER
United States Attorney

BY: /s/ Jonathan P. Holbrook
JONATHAN P. HOLBROOK
Special Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Email: jonathan.holbrook@usdoj.gov
North Carolina Bar No. 35343

Leave of Court is granted for the filing of the foregoing dismissal.

11-30-15
DATE

W. EARL BRITT
SENIOR UNITED STATES DISTRICT JUDGE