UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:15-CR-166-1BR

UNITED STATES OF AMERICA

v.

AKIN SEAN EL PRECISE BEY

ORDER

This matter is before the court on defendant's unopposed motion to continue sentencing.

For good cause shown, the motion is ALLOWED. Sentencing is CONTINUTED to 6 June

2016. Defendant's *pro se* motion to continue is DENIED as moot.

This 27 April 2016.

_____
W. Earl Britt
Senior U.S. District Judge