IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-CR-00166-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AKIN SEAN EL PRECISE BEY,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's pro se "Motion to Unseal Documents" [DE 513]. Defendant requests that the court "unseal" documents filed in May 2015 at docket entries 3 and 15 in this case, stating simply, "I have information that FRAUD has been committed upon this Court by the Government." For his failure to demonstrate good cause for his request, Defendant's motion is DENIED.

SO ORDERED this 10th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE