IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00166-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AKIN SEAN EL PRECISE BEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's "Omnibus Motion to Provide Court Documents, Request for Stay, and Permission for Leave to File Reply Out of Time" [DE 522] and the United States' March 24, 2025 response (DE 524). In essence, Defendant asks the court to reconsider its January 16, 2025 order denying Defendant's motion for reconsideration of a July 2024 order, asserting that the court's text order setting the briefing schedule and the United States' response brief were sent to the wrong address and never received. The United States does not object to providing Defendant copies of the documents he never received and allowing him to file a reply brief. *See* DE 523.

For good cause shown, Defendant's motion is GRANTED as follows. The Clerk of the Court shall provide to Defendant, along with a copy of this order, copies of the text entry order dated October 30, 2024, the November 20, 2024 entry of appearance (DE 517), and the United States' December 3, 2024 response to Defendant's motion to reconsider (DE 518). The Clerk shall ensure that these documents are mailed to Defendant's address of record at USP Terre Haute. *See* DE 522-3.

The court's January 16, 2025 order [DE 520] is VACATED. Defendant shall file a reply brief in support of his motion for reconsideration on or before April 22, 2025.

SO ORDERED this 1st day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE