IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00166-M-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| AKIN SEAN EL PRECISE BEY, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's "Motion for Extension" [DE 534]. On April 1, 2025, this court granted Defendant's motion for leave to file a reply in support of his motion to reconsider the court's July 11, 2024 order, and directed that the Clerk of Court provide copies of documents Defendant had not received due to the court's error in mailing documents to an incorrect address. DE 526. In his current motion, Defendant advises that he was in transit from April 9, 2025 to May 20, 2025, and never received the court's order or documents sent on April 1, 2025. He requests copies of those documents and an additional extension of time in which to file a reply in support of his motion to reconsider.

For good cause shown, Defendant's motion is GRANTED as follows. The Clerk of the Court shall provide to Defendant, along with a copy of this order, copies of the docket sheet from the date of his original motion (July 2024), the text entry order dated October 30, 2024, the November 20, 2024 entry of appearance (DE 517), and the United States' December 3, 2024 response to Defendant's motion to reconsider (DE 518). The Clerk shall ensure that these documents are mailed to Defendant's address of record at FCI Fairton in Fairton, New Jersey. *See*

DE 533.

Defendant shall file a reply brief in support of his motion for reconsideration on or before July 25, 2025.

SO ORDERED this 25th day of June, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE