IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00166-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AKIN SEAN EL PRECISE BEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on a letter addressed by the Defendant to the Clerk of the Court, construed as a motion [DE 540], seeking copies of "the UNSEALED AFFIDAVITS NOT DESCRIPTIONS of the ORIGINAL WARRANTS and CHANGED WARRANTS Headlined 'THE EASTERN DISTRICT OF NEW YORK' later changed to 'THE EASTERN DISTRICT OF NORTH CAROLINA.'" These documents are not listed in this court's June 25, 2025 order granting Defendant's prior motion for copies of certain portions of the record. *See* DE 537. Moreover, it is not apparent where in this case's lengthy (500+ text entry) record these documents may be located. Without further explanation, the motion is DENIED.

SO ORDERED this 6th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE